**No. 45779.**—Protests 984544–G, etc., of Abercrombie & Fitch Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, APRIL 28, 1941

**No. 45780.**—Protest 273904–G of Saydah & Saydah, Inc. (New York).

Opinion by TILSON, J. The evidence showed that the merchandise consists of filet laces similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 45781.**—Protest 329261–G of Saydah Importing Co. (New York).

Opinion by TILSON, J. It was stipulated that certain of the merchandise is similar to that the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 45782.**—Protests 936020–G, etc., of Herrmann & Jacobs et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, APRIL 28, 1941

**No. 45783.**—Protest 995518–G of Goldfarb Novelty Co. (New York).

Opinion by CLINE, J. The only substantial difference in the testimony offered on rehearing was that the entire shipment has been used as a material for manufacturing ornaments. It was held that this was insufficient to show that the court erred in its original decision. The protest was therefore overruled.

**No. 45784.**—Protest 51857–K of Alfred Kohlberg, Inc. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of boxes in chief value of brass similar to those the subject of Abstract 39829. On the record presented certain items were held dutiable at 40 percent under paragraph 339 as claimed.